# United States Court of Appeals
### For the Eighth Circuit
_____

No. 14-1890
_____

Jay Driesen, Rustic Home Builders LLC

*Plaintiff - Appellant*

v.

Michael J. Smith; Margaret A. Smith; Steven G. Haugaard; Cadwell, Sanford,
Deibert & Garry, LLP; Stephen Landon; Brett Lovrien; Michael A. Henderson;
James S. Simko; Peter Bendorf; Jim Loup; South Dakota Unified Judicial System;
Moody County Clerk; Lillian Relf; Lisa Johnson, Deputy Clerk; David R.
Gienapp, Honorable; Tim D. Tucker, Honorable; David Gilbertson, Chief Justice;
John K. Konenkamp, Justice; Steven L. Zinter, Justice; Glen A. Severson, Justice;
Lori S. Wilbur, Justice; Ruth Kooima; Michael J. Jacobsma; John M. Murray;
Iowa Judicial Branch; Don E. Courtney; James D. Scott; Jeffrey L. Poulson, Honorable

*Defendants - Appellees*

Other Possible Defendants, Unknown at this time

*Defendant*

Brad Van Heuvelen

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Northern District of Iowa - Sioux City
_____

Submitted: November 24, 2014
Filed: November 28, 2014
[Unpublished]

_____

Before GRUENDER, BENTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

Jay Driesen appeals the district court's[1] dismissal of his civil complaint asserting that his rights were violated in connection with prior state-court proceedings. Upon careful de novo review, we agree with the district court that it lacked subject matter jurisdiction. See Minch Family LLLP v. Buffalo-Red River Watershed Dist., 628 F.3d 960, 965 (8th Cir. 2010) (de novo standard of review). We also conclude that the district court did not abuse its discretion in denying Driesen's request for leave to amend his complaint. See Horras v. Am. Capital Strategies, Ltd., 729 F.3d 798, 804 (8th Cir. 2013) (district court has considerable discretion to deny post-judgment motion for leave to amend), cert. denied, 134 S. Ct. 1346 (2014).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.